

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-10-2014

# Courtney Douglass v. Convergent Outsourcing

Precedential or Non-Precedential: Precedential

Docket No. 13-3588

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Courtney Douglass v. Convergent Outsourcing" (2014). *2014 Decisions.* Paper 1066.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1066

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 30, 2014

No. 13-3588

COURTNEY DOUGLASS,
on behalf of herself and all
others similarly situated,

Appellant

v.

CONVERGENT OUTSOURCING,
formerly known as
ER SOLUTIONS, INC.

(E.D. Pa. No. 2-12-cv-01524)

Present:  FISHER and SCIRICA, <u>Circuit Judges</u>  and MARIANI[*], <u>District Judge</u>

Motion by Appellant to Amend Opinion to Reflect Counsel of Record SaraEllen Hutchison as Co-Counsel for Appellant.

Respectfully,
Clerk/pdb for tmm

_____ORDER_____

The foregoing motion is granted and the opinion will be amended to reflect SaraEllen Hutchison as co-counsel of record for Appellant.  This amendment to the opinion does not alter the judgment of this Court.  An amended opinion will be issued forthwith.

By the Court,

<u>s/Anthony J. Scirica</u>
Circuit Judge

Dated: October 10, 2014

---

[*] Honorable Robert D. Mariani, District Judge for the Middle District of Pennsylvania, sitting by designation.

tmm/cc: all counsel of record